**Mike Mukeloff et al., appellants, v. Wilson Mukeloff and Sam A. Novian, appellees.**

Action of forcible entry and detainer of farm land. Judgment for possession in favor of plaintiffs. Appeal from the Circuit Court of

Madison county; the Hon. J. E. Hillskotter, Judge, presiding. Heard in this court at the March term, 1922. Reversed and remanded. Opinion filed September 23, 1922.

Faulkner & Moore, for appellants. J. A. Lynn and Burton & Burton, for appellees.

Mr. Justice Boggs delivered the opinion of the court.